# United States District Court

Southern                               District of                         Texas

United States District Court
Southern District of Texas
FILED
MAY 27 2008
Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

V

**Natividad Olvera-Ramirez**                          **CRIMINAL COMPLAINT**

Mexico
A 29 918 537     (EWA)                                CASE NUMBER B-08 ___580___ MJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about _____**May 23, 2008**_____ , the defendant, an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in   __**Kenedy**__   County, **Texas**, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, **Section(s)**   1326(a)

I further state that I am a **United States Border Patrol Agent**  and that this complaint is based on the following facts:   The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Sarita, Texas on May 23, 2008. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on March 29, 2003.  Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

_____Jesus A. Juarez_____ Senior Patrol Agent
*Signature of Complainant*

Sworn to before me and subscribed in my presence,

May 27, 2008                                    at      Brownsville, Texas
*Date*                                                   *City and State*

Felix Recio          U.S. Magistrate Judge          [signature]
*Name and Title of Judicial Officer*                   *Signature of Judicial Officer*