GJ 59

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 0 2008

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. |
| **NATIVIDAD OLVERA-RAMIREZ** | § | |

B - 0 8 - 6 1 1

## INDICTMENT

THE GRAND JURY CHARGES:

On or about May 23, 2008, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**NATIVIDAD OLVERA-RAMIREZ,**

an alien who had previously been denied admission, excluded, deported, and removed, knowingly and unlawfully was present in the United States having been found in Kenedy County, Texas, the said defendant having not obtained consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
FOREPERSON OF  GRAND JURY

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

_____
William Hagen
Assistant United States Attorney