B08-611

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 12 2008

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | **CORRECTED**<br>**WAIVER OF PRELIMINARY**<br>**EXAMINATION** |
| VS. | * | (Rule 5, Fed. R. Crim. P.) |
| **NATIVIDAD OLVERA-RAMIREZ** | * | Case No. B-08-580-MJ |

I, **NATIVIDAD OLVERA-RAMIREZ,** charged in a **complaint** pending in this District with **Unlawful Re-entry After Deportation,** in violation of **8 U.S.C. § 1326(a),** and having appeared before this Court and been advised of my rights as required by Rule 5, Fed. R. Crim. P., including my right to a preliminary examination, do hereby waive my right to a preliminary examination.

_Natividad Olvera-Ramirez_
Defendant

_Hector A. Cas— for_
Counsel for Defendant

_Rey Cantu_

DATE: 6/12/08