**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. **B-08-611** |
| vs | § | |
| **Natividad Olvera-Ramirez** | § | |

# O R D E R

**The Court, upon conducting a Federal Rule of Criminal Procedure Rule 11 colloquy pursuant to consent by the Defendant, recommends that the Defendant be found Guilty and ORDERS,**

1) That the investigation and preparation of the presentence report be completed by the **4th** day of **August**, 2008. (45 days)

2) **THAT IMMEDIATELY THEREUPON THE PRE-SENTENCE REPORT SHALL BE MADE AVAILABLE TO DEFENSE COUNSEL AND COUNSEL FOR THE GOVERNMENT WHO MUST OBTAIN THE REPORT AT THE PROBATION OFFICE ON THE CITY OF THE SENTENCING COURT EITHER PERSONALLY OR THROUGH AN AGENT. PROVIDED THERE ARE NO DELAYS, ALTERNATIVE DELIVERY VIA EXPRESS MAIL, MESSENGER, OR CERTIFIED MAIL IS AUTHORIZED. COUNSEL SHALL MAKE ARRANGEMENTS FOR THE DELIVERY, AT HIS/HER OWN EXPENSE, AND CONFIRM THOSE ARRANGEMENTS IN WRITING WITH THE PROBATION OFFICER ASSIGNED TO THE CASE. DELIVERY VIA FACSIMILE IS NOT AUTHORIZED.**

   Counsel shall file objections in writing to the report (Including the alleged facts of the offense and Applicability to the sentencing guidelines) by the **18th** day of **August**, **2008**. If there is no objection, likewise a statement signed by Counsel and the Defendant shall be signed. (14 days)

3) After further investigation the pre-sentence officer shall submit a final report by the **2nd** day of **September**, 2008. (14 days)

4) This case is set for sentencing hearing on the **22nd** day of **September**, 2008 at **08:30 a.m.** (20 days) **BEFORE JUDGE HANEN.**

**SIGNED** this 20th day of June, 2008.

_____
United States Magistrate Judge