IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

V.                                                                      CR. NO. B-08-611

NATIVIDAD OLVERA-RAMIREZ

DEFENDANT'S NO OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW, NATIVIDAD OLVERA-RAMIREZ, defendant and hereby notifies the Court, the United States Probation office and the Government that defendant does not object to the Presentence Investigation Report.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar No. 14003750
Southern District of Texas No. 3233

/Natividad Olvera Ramirez/        By:   /s/ Reynaldo S. Cantu
NATIVIDAD OLVERA-RAMIREZ                REYNALDO S. CANTU
DEFENDANT                               Assistant Federal Public Defender
                                        Attorney in Charge
                                        Texas State Bar No. 03767500
                                        Southern District of Texas No. 1900
                                        600 E. Harrison Street, #102
                                        Brownsville, Texas 78520
                                        Telephone: (956) 548-2573
                                        Fax: (956) 548-2674

CERTIFICATE OF SERVICE

I, Reynaldo S. Cantu, certify that on the 15th day of Aug, 2008, a copy of the foregoing No Objections to the Presentence Investigation Report was served by Notification of Electronic Filing and was delivered by hand to the office of United States Probation Officer Cecilia R. Senteno, 600 E. Harrison Street, #103, Brownsville, Texas 78520, and Notification of Electronic Filing Assistant to United States Attorney William Hagen, 600 E. Harrison Street, #201, Brownsville, Texas 78520.

/s/ Reynaldo S. Cantu
REYNALDO S. CANTU
Assistant Federal Public Defender